UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

KHADIJAH HERRING,
    Plaintiff,

vs.

Case No. 308-cv-367

HOUSING AUTHORITY OF SOUTH BEND;
MARVA J. LEONARD-DENT;
SUSIE HARVEY-TATE;
EARL L. HAIRSTON;
RAFAEL MORTON;
ROBERT B. TOOTHAKER;
GLADYS MUHAMMAD;
GARDEN ESTATES WEST APARTMENTS,
    Defendants.

**PLAINTIFF'S MOTION TO DISMISS**
**COMPLAINT WITHOUT PREJUDICE**

Plaintiff KHADIJAH HERRING moves to dismiss this action without prejudice on the grounds that she has vacated her property rented from Defendant Housing Authority of South Bend and relocated to Indianapolis, IN with her children.

Respectfully submitted,

INDIANA LEGAL SERVICES, INC.
Attorney for Plaintiff


S/ Kent Hull_____
Kent Hull
Attorney No.: 8580-71
401 E. Colfax Avenue, Suite 116
South Bend, IN  46617
(574) 234-8121

1

2

## CERTIFICATE OF SERVICE

I certify that on the 31st day of July, 2009, I served a copy of the foregoing

**PLAINTIFF'S MOTION TO DISMISS
COMPLAINT WITHOUT PREJUDICE**

by means of electronic transmission through the Clerk of this Court to:

Michael Palmer
BARNES & THORNBURG LLP
600 1st Source Bank Center
100 North Michigan Street
South Bend, IN 46601-1632
Attorneys for Defendants-Counter/Plaintiffs
South Bend Housing Authority


Dep. Atty. Gen. Kate Van Bokkellen
Ind. Gov. South—5th Fl.
402 W. Washington
Indianapolis IN 46204

                          /s/ Kent Hull_____
                           Kent Hull
                           Attorney for Plaintiff